UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SCOTT LANSING,

      Plaintiff,

v.                               **ORDER**
                                  Civil File No. 13-655 (MJD/AJB)

LPS FIELD SERVICES, INC.,

      Defendant.

Jonathan L. R. Drewes and Bennett Hartz, Drewes Law, PLLC, Counsel for Plaintiff.

Stanley E. Siegel, Jr. and Gregory A. Bromen, Nilan Johnson Lewis PA, Counsel for Defendant.

      The above-entitled matter comes before the Court upon the Report and Recommendation of United States Chief Magistrate Judge Arthur J. Boylan dated July 29, 2013. Plaintiff filed objections to the Report and Recommendation.

      Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of United States Chief Magistrate Judge Boylan dated July 29, 2013.

1

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Chief Magistrate Judge Arthur J. Boylan dated July 29, 2013 [Docket No. 21].

2. Defendant's Motion to Dismiss [Docket No. 9] is **GRANTED**, and the Amended Complaint is **DISMISSED** with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 26, 2013         s/ Michael J. Davis
                                  Michael J. Davis
                                  Chief Judge
                                  United States District Court